UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Reinauer Transportation Companies, LLC,<br><br>        Plaintiff,<br>-against-<br><br>M/T SEANOSTRUM, in rem, Seanostrum Tanker Limited and Valles Steamship (Canada), Ltd.,<br><br>        Defendants, | ___ Civ. ___ (   ) (   )<br><br>**Filed under Rule 9(h)**<br>**Fed.R.Civ.P.**<br><br>**(Admiralty)** |

**APPLICATION FOR ISSUANCE OF *EX PARTE* ORDER**
**OF ARREST OF M/T SEANOSTRUM**

TO:    Honorable Judges of this Court:

Plaintiff Reinauer Transportation Companies, LLC, by its attorneys, Kaufman, Dolowich & Voluck, LLP, upon the Verified Complaint in this matter filed in this Court on July 8, 2019, annexed hereto, hereby request the Court to enter an order directing the United States Marshal to seize and arrest the vessel M/T SEANOSTRUM, thereby causing the Court to obtain in rem jurisdiction over the vessel.

Dated: July 8, 2019

                                              Kaufman, Dolowich & Voluck, LLP
                                              Attorneys for Plaintiff
                                              Reinauer Transportation Companies, LLC

                                              By:_____
                                                    Gino A. Zonghetti (GAZ-2647)